# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**FILED**

**11:26 am, 7/28/20**

**Margaret Botkins**
**Clerk of Court**

UNITED STATES OF AMERICA

Plaintiff,

vs.

17 Bank Accounts Containing Various Amounts of the United States Currency

Defendant.

Case Number: 18-CV-00189-ABJ

## CIVIL MINUTE SHEET INITIAL PRETRIAL CONFERENCE

☑ This was a Telephonic Hearing

☑ Initial Pretrial Conference (Civil) (Telephonic)

Date: July 28, 2020  Time: 9:40 - 10:09 AM

| Alan B. Johnson | Tina Ortiz | Monique Gentry | Erica Zeiler |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)   Levi Martin

Attorney(s) for Defendant(s)   Jonathan Willett

Other:

Plaintiff Expert Witness Designation Deadline:   10/20/20

Defendant Expert Witness Designation Deadline:   12/22/20

Discovery Due:   12/22/20

Other Fact Witness Deadline:

Stipulation Deadline:

Dispositive Motions Deadline   1/22/21

Dispositive Motions Hearing

☐ Including Daubert Challenges

Dispositive Motions Response Deadline   2/5/21

WY 51

Rev. 06/17/2020

MINUTE SHEET STATUS CONFERENCE
18-CV-00189-ABJ

| | |
|---|---|
| Reply Deadline | 2/12/21 |
| Final Pretrial Conference Set: | 4/16/21 @ 9:30 AM |
| Jury Trial Set: | |
| Status Conference Set: | |

Other:

| | |
|---|---|
| Motion in Limine: 3/19/21<br>Response to Motion in Limine: 4/2/21<br>Replies to Motion in Limine: 4/9/21<br>Joint Pretrial Memorandum: 3/19/21 | Bench Trial Set: 5/24/21 @ 1:30 PM |