IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2020 SEP 30 PM 4:00
MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VARIOUS AMOUNTS OF UNITED STATES CURRENCY IN 17 BANK ACCOUNTS,<br><br>Defendants. | Case No. 18-cv-189-ABJ |

## JUDGMENT OF FORFEITURE OF CURRENCY FROM SUBJECT ACCOUNT 5

Upon consideration of the government's Motion for Judgment of Forfeiture of Currency from Subject Account 5, and the pleadings and papers on file in this case,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. The United States shall return to Claimant Najera-Mata, by and through his attorney Jonathan Willett, the sum of $5,000 (five thousand dollars) of the defendant currency in Subject Account 5, less any delinquent debt owed by claimant that the United States Treasury is required to collect through the Treasury Offset Program;

2. All right, title, and interest in the remaining defendant currency in Subject Account 5, $17,477.75 (seventeen thousand four hundred seventy-seven dollars and seventy-five cents), are forfeited to the United States of America. This defendant currency

2

shall be deposited into the appropriate asset forfeiture fund for disposition according to law;

    3.    The Court hereby enters, and this judgment shall constitute, a certificate of reasonable cause under 28 U.S.C. 2465(a)(2) as to the defendant currency in Subject Account 5;

    4.    The United States and Claimant Najera-Mata will each bear their own costs and attorney fees;

    5.    The Clerk of Court is hereby instructed to close the case.

Dated this 30th day of Sept. 2020.

HON. ALAN B. JOHNSON
United States District Judge